UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN GAVIN & THOMAS ADEYEMI,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants. | No.  2:16-cv-2816-JAM-KJN PS<br><br><br><br>ORDER |

On December 2, 2016, the magistrate judge filed findings and recommendations (ECF No. 6), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  On December 16, 2016, and December 21, 2016, plaintiffs filed objections to the findings and recommendations (ECF Nos. 7, 8), which have been considered by the court.

This court reviews de novo those portions of the proposed findings of fact to which an objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the matter on the applicable law.  See Orand v. United States, 602 F.2d 207,

208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in part. The findings and recommendations are amended to clarify that Plaintiffs' claims concerning the denial of the move out extension are barred by res judicata rather than duplicative litigation. See Headwaters Inc. v. U.S. Forest Service, 399 F.3d 1047, 1054 (9th Cir. 2005) ("As a general matter, a court may, *sua sponte*, dismiss a case on preclusion grounds where the records of that court show that a previous action covering the same subject matter and parties had been dismissed.") (citation and quotation marks omitted). The Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims, which are not part of the same case or controversy as Plaintiffs' remaining federal claims. Insofar as Plaintiffs' complaint raises ADA claims unrelated to the denial of extension, see Compl. at ¶¶ 93-94, 114-144, 152-157 (concerning inaccessible thermostat, disabled parking, swimming pool facilities, and shuttle services), and Civil Rights claims based on inaccessible shuttle services and Defendants' denial of Plaintiff Adeyemi's Resident Advisor application, see Compl. at ¶¶ 164-65, 170-73, the Court requires further briefing. The Court is informed that Plaintiffs no longer reside at the residence at issue in this case and thus the action may be moot. Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations (ECF No. 6) are

ADOPTED IN PART.

2. Plaintiffs' motion for removal from superior court (ECF No. 4) is DENIED.

3. To the extent that Plaintiffs' motion (ECF No. 4) operated as a notice of removal, the state court action (<u>Regents of the University of California v. Adeyemi et al.</u>, UD 16-1743) is REMANDED to the Yolo County Superior Court, and the Clerk of this Court shall serve a copy of this order on the Yolo County Superior Court.

4. All claims arising from the denial of lease extension are dismissed as barred by res judicata.

5. If Plaintiffs wish to proceed on the ADA and Civil Rights claims that are not related to the lease extension, Plaintiffs are ordered to file a Supplemental Brief to show cause why the action should not be dismissed as moot. This Supplemental Brief is due thirty days from the date of this order.

6. Plaintiffs' state law claims (First, Second, and Tenth Causes of Action) are dismissed for lack of jurisdiction.

7. The Court will rule on Plaintiffs' motion to proceed *in forma pauperis* (ECF No. 2) and motion for reconsideration (ECF No. 16) after receiving and considering Plaintiffs' Supplemental Brief.

IT IS SO ORDERED.

Dated: June 26, 2017

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE